```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                     MIAMI DIVISION
              CASE NO. 09-20673-GRAHAM(s)(s)
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

JOSE CONRAD SAMS,

        Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS CAUSE came before the Court upon the Defendant's Motion to Suppress Evidence Derived fro Unlawful Stop and Seizure,(D.E. 564).

THE MATTER was referred to Magistrate Judge Edwin G. Torres United States Magistrate Judge on February 3, 2010. A Report and Recommendation filed on March 29, 2010 and Amended on March 30, 2010 recommending that Defendant's Motion to Suppress Evidence be **Denied**. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted an independent review of the record and is otherwise fully advised in the premises. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Report and Recommendation of (D.E. 504) United States Magistrate Judge Edwin G. Torres, is hereby Adopted and Approved in its entirety.

DONE AND ORDERED in Chambers at Miami, Florida, this 26th day of April, 2010.

                                  DONALD L. GRAHAM
                                  UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Torres
        Andrea Hoffman, AUSA
        Albert Levin, Esq.
```